# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern...

| | |
|---|---|
| **RANCHO del CIELO ASSOCIATES,** | § |
| **Ltd., ET AL** | § |
| | § |
| **VS.** | § |
| | § |
| **BROWNSVILLE HOUSING AUTHORITY** | § |
| **AND HARLINGEN HOUSING AUTHORITY** | § |

**CIVIL ACTION NO.** B-02- .039

**JURY DEMAND**

---

## NOTICE OF REMOVAL

---

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:**

### I.

The HARLINGEN HOUSING AUTHORITY and the BROWNSVILLE HOUSING AUTHORITY are Defendants in a civil action brought on February 19, 2002, in the 138th District Court of the State of Texas, County of Cameron, entitled "Rancho del Cielo Associates, Ltd., et al vs. Brownsville Housing Authority and Harlingen Housing Authority," Cause No. 2002-02-724-B. A copy of the citation and petition in that action is attached and constitutes all process, pleading, and orders served in the action.

### II.

The citation and petition in this action were served on the Harlingen Housing Authority on February 19, 2002, at Harlingen, Cameron County, Texas and on the Brownsville Housing Authority on February 20, 2002, at Brownsville, Cameron County,Texas. This notice of removal is filed within 30 days of receipt of the petition and is timely filed under 28 U.S.C. § 1446(b).

### III.

The district courts of the United States have original jurisdiction over this action

because the claim arises under federal law in that a substantial, disputed question of federal law is a necessary element of plaintiff's claim. Plaintiff's petition states a claim based on a state law for declaratory and injunctive relief based, in part, on violation of Plaintiffs' constitutional rights under the United States Constitution, including the Fourteenth Amendment and Article I, Section 10, Clause 1. Plaintiffs also alleged violation of federal regulations.

IV.

Removal of this action is proper under 28 U.S.C. § 1441, since it is a civil action brought in a state court, and the federal district courts have original jurisdiction over the subject matter under 28 U.S.C § 1331 because the case arises under federal law.

V.

WHEREFORE, the HARLINGEN HOUSING AUTHORITY and the BROWNSVILLE HOUSING AUTHORITY, all the defendants in this action, join together and pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. § 1446, remove this action for trial from 138th District Court of Cameron County, Texas to this Court, on this 27th day of February, 2002.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas  78520
Telephone:  (956) 542-5666
Telecopier:  (956) 542-0016

By: _____
    Ricardo Morado
    State Bar No. 14417250
    Federal I.D.No.: 1213

ATTORNEY FOR HARLINGEN
HOUSING AUTHORITY and
BROWNSVILLE HOUSING AUTHORITY

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice of Removal has been forwarded to all counsel of record by certified mail, return receipt requested, to-wit:

Mr. William F. Kimball                                    ***CMRRR***
LAW OFFICES OF WILLIAM F. KIMBALL
312 East Van Buren
Harlingen, Texas 78551


on this _27th_ day of February, 2002.

Ricardo Morado

# Civil Docket Sheet

Case 1:02-cv-00039   Document 1   Filed in TXSD on 02/27/2002   Page 5 of 21

* * * C L E R K ' S   E N T R I E S * * *

```
                                                02   19   02
```

00569401
HON. WILLIAM F. KIMBALL
312 EAST VAN BUREN AVENUE
HARLINGEN, TEXAS    78550 6832

(10)

TEMPORARY INJUNCTION/DECLATORY JUDGMENT

...TES, LTD., ET AL

? AND HARLINGEN HOUSIN

| Date | Entry |
|---|---|
| 02/19/02 | ORIGINAL PETITION FILED |
| 02/19/02 | CITATION: BROWNSVILLE HOUSING AUTHORITY |
| 02/19/02 | SERVED: |
| 02/19/02 | PRECEPT: BROWNSVILLE HOUSING AUTHORITY |
| 02/19/02 | SERVED: |
| 02/19/02 | CITATION: HARLINGEN HOUSING AUTHORITY |
| 02/19/02 | SERVED: |
| 02/19/02 | PRECEPT: HARLINGEN HOUSING AUTHORITY |
| 02/19/02 | SERVED: |

# Plaintiffs' Application for Temporary Injunction and Plaintiffs' Original Petition for Declaratory Judgment and for Damages

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RANCHO del CIELO ASSOCIATES, LTD., ET AL | § § § | |
| VS. | § § | CIVIL ACTION NO._____ B-02-.039 |
| BROWNSVILLE HOUSING AUTHORITY AND HARLINGEN HOUSING AUTHORITY | § § § | JURY |

## INDEX OF MATTERS FILED

I.   State Court Documents

    A.   Civil Docket Sheet

    B.   Plaintiffs' Application for Temporary Injunction and Plaintiffs' Original Petition for Declaratory Judgment and for Damages

    C.   Order Setting Hearing on Application for Temporary Injunction

    C.   Defendants' Notice of Filing Notice of Removal

II.   Federal Court Documents

    A.   Civil Cover Sheet

    B.   Notice of Removal

    C.   List of Counsel of Record

    D.   Order for Conference and Disclosure of Interested Parties

    E.   Index of Matters Filed

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas  78520
Telephone:  (956) 542-5666
Telecopier:  (956) 542-0016


By: _____
Ricardo Morado
State Bar No. 14417250
Federal I.D.No.: 1213

ATTORNEY FOR HARLINGEN
HOUSING AUTHORITY and
BROWNSVILLE HOUSING AUTHORITY

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record by certified mail, return receipt requested, to-wit:

Mr. William F. Kimball                                    *CMRRR*
LAW OFFICES OF WILLIAM F. KIMBALL
312 East Van Buren
Harlingen, Texas 78551


on this 27ᵗʰ day of February, 2002.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| RANCHO del CIELO ASSOCIATES,<br>LTD., ET AL<br><br>VS.<br><br>BROWNSVILLE HOUSING AUTHORITY<br>AND HARLINGEN HOUSING AUTHORITY | §<br>§<br>§<br>§<br>§<br>§<br>§ |

CIVIL ACTION NO. B-02-.039
JURY

### LIST OF COUNSEL OF RECORD

**ATTORNEY FOR PLAINTIFFS**

Mr. William F. Kimball
LAW OFFICES OF WILLIAM F. KIMBALL
312 East Van Buren
Harlingen, Texas 78550
Tel:    (956) 425-2000
Fax:    (956) 421-4258

**ATTORNEYS FOR DEFENDANTS**

Mr. Ricardo Morado
Fed. I.D. No. 1213
State Bar No. 14417250
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, TX  78520
Tel:    (956) 542-5666
Fax:    (956) 542-0016

FILED 2:35 O'CLOCK P.
AURORA DE LA GARZA DIST CLERK

FEB 1 9 2002

DISTRICT COURT OF CAMERON COUNTY, TEXAS

CAUSE NO. 2002·02·724·B

| | | |
|---|---|---|
| RANCHO del CIELO ASSOCIATES, Ltd., ET AL. | § § § § | IN THE 138th JUDICIAL |
| | § | DISTRICT COURT OF |
| VS. | § § | |
| BROWNSVILLE HOUSING AUTHORITY AND HARLINGEN HOUSING AUTHORITY | § § § | CAMERON COUNTY, TEXAS |

## PLAINTIFFS' APPLICATION FOR TEMPORARY INJUNCTION AND PLAINTIFFS' ORIGINAL PETITION FOR DECLARATORY JUDGMENT AND FOR DAMAGES

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Rancho del Cielo Associates, Ltd., (hereinafter sometimes referred to as "Rancho I"), Rancho del Cielo Associates II, Ltd., (hereinafter sometimes referred to as "Rancho II"), Valley Resaca Palms, L.P., (hereinafter sometimes referred to as "Valley'), Harlingen Sundance Apartments, L.P., (hereinafter sometimes referred to as "Sundance"), and Paseo Plaza Apartments, L.P., (hereinafter sometimes referred to as "Paseo"), complaining of the Brownsville Housing Authority (hereinafter sometimes referred to as "BHA") and the Harlingen Housing Authority, (hereinafter sometimes referred to as "HHA"), and for cause of action, the Plaintiffs would show the Court as follows:

1. Pursuant to T.R.C.P. 190.3, this suit shall be governed by the level 2 discovery plan.

2. Rancho I, Rancho II, Valley, Sundance and Paseo shall hereinafter sometimes be referred to collectively as "Plaintiffs." BHA and HHA shall hereinafter sometimes be referred to collectively as "Defendants."

3. The following is the legal status of each of the Plaintiffs herein: Rancho del Cielo Associates, Ltd. is a Texas limited partnership doing business in Cameron County, Texas; Rancho del Cielo

1

CERTIFIED ꓘOPY

Associates II, Ltd. is a Texas limited partnership doing business in Cameron County, Texas; Valley Resaca Palms, L.P. is a Texas limited partnership doing business in Cameron County, Texas; Harlingen Sundance Apartments, L.P. is a Texas limited partnership doing business in Cameron County, Texas; and Paseo Plaza Apartments, L.P. is a Texas limited partnership doing business in Cameron County, Texas.

**4.** BHA is a political subdivision that may be served with citation by serving its director, Remberto Arteaga, 2606 Boca Chica Blvd., Brownsville, Cameron County, Texas.

**5.** HHA is a political subdivision that may be served with citation by serving its director, Blas Cantu, Jr., 202 1st Street, Harlingen, Cameron County, Texas.

**6.** Venue is proper in Cameron County, Texas because all or a significant portion of Plaintiffs' causes of action accrued in Cameron County, Texas. Further, Defendants are political subdivisions operating in Cameron County, Texas. Sundance owns apartments in Harlingen, Cameron County, Texas and is under the authority of HHA. All other Plaintiffs own apartments in Brownsville, Cameron County, Texas and are under the authority of BHA.

**7.** Plaintiffs are investors and owners in certain apartments located in Cameron County, Texas that participate in the low income housing programs administered by the Texas Department of Housing and Community Affairs. The Plaintiffs were enticed to invest and did invest and participate in the low income housing program based upon Federal Income Tax Credits from the Low Income Housing Tax Credit Program, Section 42 of the Internal Revenue Code.

**8.** Section 42 of the Internal Revenue Code requires that the rents charged for the property to low income tenants not exceed a certain amount based in part on a Utility Allowance set by the local Public Housing Authority. BHA and HHA adopted a revised utility allowance effective December 1, 2001. These new allowances, that the Plaintiff's must act upon by March 1, 2002, increased the

2

CE' 'IFIED COPY

allowances for utilities by approximately 300 percent in Brownsville and Harlingen. This creates a situation whereby the Plaintiffs will be operating at a loss and may cause the entire housing projects owned by the Plaintiffs to be closed. The said increases in the utility allowances were not rationally based and are subject to being declared illegal, null and void by this court. In fact, BHA stated in a letter delivered recently to Plaintiff, Valley Resaca Palms, L.P., the following: "[t]he present utility schedule that went into effect 12/1/01 is not a realistic schedule that we can afford to continue using. This will truly damper owner interest in renting to our voucher holders." A true and correct copy of said letter is attached hereto as **Exhibit "A"** and incorporated herein by reference for all purposes.

**9.** The revised utility allowance at issue that was adopted by both BHA and HHA was not rationally based. The December 1, 2001 increase did not relate to any significant increase in the cost of utilities nor can it be rationally explained. The results of this increase is to unfairly and unjustly deny the Plaintiffs the profits they are entitled to receive. The action of the governmental entities at issue have violated the housing contracts at issue and have violated the Plaintiffs' constitutional rights under both the Texas and United States Constitutions, (U.S. Const'n, Amendment 14 and Texas Const'n, Art. 1, Section 19, "due process," U.S. Const'n, Amendment 14 and Texas Const'n Art. 1, Section 3 and 3a, "equal protection," and U.S. Const'n Art. 1, Section 10, Cl. 1, and Texas Const'n, Art. 1, Section 16, "contracts clause"). The Defendants further violated the Plaintiffs' rights by not following the federal regulations that determine how the utility allowance is set and determined. See e.g., 24 C.F.R. §982.517, among other federal and state administrative regulations.

**10. DECLARATORY JUDGMENT**: Pursuant to the Texas Declaratory Judgment Act, Section 37.001, Texas Civil Practices and Remedies Code, Plaintiffs seek a declaratory judgment that the increased utility allowances adopted by BHA and HHA are illegal, null and void and unenforceable

3

CERTIFIED COPY

pursuant to the reasoning and authorities described herein above.

**11.  APPLICATION FOR TEMPORARY INJUNCTION**: Under the facts and law set forth hereinabove, the Plaintiffs are entitled to a temporary injunction enjoining the Defendants from implementing and enforcing the said utility allowances at issue adopted by the Defendants on or about December 1, 2001.  Plaintiffs are seeking to obtain an injunction that would preserve the status quo until a final hearing on the merits can be had before this court. The facts of this case, as set forth herein, demonstrate a likelihood that the Plaintiffs will succeed on the merits of this case because BHA already admits that the allowance increase was unreasonable and "not realistic." The Defendants cannot enact increases that are not rationally based.  Further, the Plaintiffs will suffer irreparable harm if the said utility allowance increase of December 1, 2001 is not stopped from taking effect until final hearing in this cause because if the said allowance goes into effect and is enforced, the Plaintiffs will be subjected to financial ruin from which they most likely will not be able to survive. Plaintiffs' existence may well depend upon enjoining the Defendants from enforcing the said utility allowance increase at issue.  After entering the temporary injunction, Plaintiffs request that the temporary injunction extend until the final trial on the merits.  Plaintiffs further request that a reasonable bond be set on the temporary injunction.

**12.  PERMANENT INJUNCTION**: After final trial hereof, Plaintiffs respectfully request that the Court grant to the Plaintiffs a permanent injunction enjoining the Defendants from implementing and enforcing the said utility allowance increase at issue, for all of the reasons and authorities described herein above.

**13.**  In the alternative, if an injunction does not issue, the Plaintiffs would respectfully request that a money judgment of and from the Defendants in an amount in excess of the minimum jurisdictional limits of this court based upon the contractual and/or constitutional violations that have caused

4

**CERTIFIED COPY**

damages to the Plaintiffs. The monetary damages cannot be calculated at this time, but by the time of trial the Plaintiffs will have had an expert witnesses make such calculations.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs, Rancho del Cielo Associates, Ltd., Rancho del Cielo Associates II, Ltd., Valley Resaca Palms, L.P., Harlingen Sundance Apartments, L.P., and Paseo Plaza Apartments, L.P., respectfully request that the Defendants, Brownsville Housing Authority and Harlingen Housing Authority, be cited to appear and answer herein, and that after a temporary injunction hearing, that the Plaintiffs be granted a temporary injunction enjoining the Defendants from implementing and enforcing the said utility allowance increase adopted by the Defendants on or about December 1, 2001 described hereinabove. Plaintiffs further request that after final trial hereof, that the Court grant to the Plaintiffs a declaratory judgment declaring the said utility allowance increase at issue illegal, null and void and unenforceable, and/or that the Court grant to the Plaintiffs a permanent injunction as requested hereinabove, and/or, in the alternative, that the Court grant to the Plaintiffs a monetary judgment against the Defendants representing the Plaintiffs' actual damages, all in an amount in excess of the minimum jurisdictional limits of this Court. Plaintiffs further request judgment for their reasonable attorneys fees. Plaintiffs further request such other and further relief, special or general, legal or equitable, as the Plaintiffs show the Court they are justly entitled to receive.

Respectfully submitted,

**LAW OFFICES OF WILLIAM F. KIMBALL**
312 E. Van Buren
Harlingen, Texas 78551
Tel. (956) 425-2000
Fax No. (956) 421-4258

BY: _____
William Kimball
State Bar #11418700

5

**CERTIFIED COPY**

## VERIFICATION

STATE OF TEXAS

COUNTY OF HARRIS

    BEFORE ME, the undersigned Notary Public, on this day personally appeared Daniel Allgeier, President of Housing Associates, Inc., the General Partner of Rancho del Cielo Associates, Ltd., a Plaintiff herein. Daniel Allgeier appeared and gave his sworn testimony herein as an authorized representative of each of the Plaintiffs herein. In such capacity, Daniel Allgeier, after being duly sworn, stated under oath that he has read the above and foregoing pleading, and that every statement contained therein is true and correct and within his personal knowledge.



Daniel Allgeier

SUBSCRIBED AND SWORN TO BEFORE ME on the 19th day of February, 2002, to certify which witness my hand and official seal.

Notary Public in and for the State of Texas

My commission expires 5-28-03

2-10-04



# HOUSING AUTHORITY

**CHAIRPERSON:** ANDRES G. MUÑIZ
**VICE-CHAIRMAN:** FRANCISCO J. ZABARTE
**COMMISSIONERS:** REYNALDO G. GARZA, III
    MARY CRUZ SESMA
    BEATRICE LOPEZ
**EXECUTIVE DIRECTOR:** REMBERTO G. ARTEAGA
**DEPUTY EXECUTIVE DIRECTOR:** ESIQUIO LUNA, JR.

P.O. BOX 4420
BROWNSVILLE, TEXAS 78523-4420
2606 BOCA CHICA BLVD.
PHONE (956) 541-5315
FAX (956) 541-7860
V/TDD (956) 542-7325
SECTION 8 (956) 541-4834
LOW RENT (956) 546-2454
E-MAIL: bha@bcbha
WEBSITE: www.bcbha.com

*of the City of* **BROWNSVILLE**

Michael Robinson
Robinson Capital & Investments, Inc.
4900 Woodway Dr Suite 880
Houston, Texas 77056

Re: Valley Resaca Palms

Dear Mr. Robinson:

We are conducting a study of the Valley Resaca Palms Apartments to ascertain what the utility allowances should be. We anticipate for this study to be conducted in the next 30 to 45 days.

The present utility schedule that went into effect 12/1/2001 is not a realistic schedule that we can afford to continue using. This will truly damper owner interest in renting to our voucher holders. We would appreciate any expertise and assistance from your part in order to come up with a reasonable utility schedule.

Ms. Lina Mendez, and myself will be at your disposal for any information that you'll need, and we will contact you as soon as we find out any news from the company that did our utility study

Yours truly,

Adan Perez, Jr
Director, Section 8 Programs

**EXHIBIT**
**A**

# Order Setting Hearing on Application for Temporary Injunction

CERTIFIED COPY

CAUSE NO. *2002.02.724.B*

| | | |
|---|---|---|
| RANCHO del CIELO ASSOCIATES, Ltd., ET AL. | § § § § | IN THE *138ᵗʰ* JUDICIAL |
| | § | |
| VS. | § § | DISTRICT COURT OF |
| BROWNSVILLE HOUSING AUTHORITY AND HARLINGEN HOUSING AUTHORITY | § § | CAMERON COUNTY, TEXAS |

### ORDER SETTING HEARING ON APPLICATION FOR TEMPORARY INJUNCTION

**IT IS HEREBY ORDERED** that a hearing on Plaintiffs' Application for a Temporary Injunction is hereby set for the *28th* day of *February*, 2002, at *7:00* o'clock *p.*m., at the Cameron County Courthouse, Brownsville, Cameron County, Texas.

**SIGNED FOR ENTRY** on this *19th* day of February, 2002.

_____
Judge Presiding



A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
COURT, CAMERON COUNTY, TEXAS
DATE



FILED _3 - O'clock_ ___ M
AURORA DE LA GARZA DIST. CLERK

FEB 19 2002

DISTRICT COURT OF CAMERON COUNTY, TEXAS

# Defendants' Notice of Filing Notice of Removal

Cause No. <u>2002-02-724-B</u>

| | | |
|---|---|---|
| RANCHO del CIELO ASSOCIATES, | § | IN THE 138TH JUDICIAL |
| Ltd., ET AL | § | |
| | § | |
| VS. | § | DISTRICT COURT OF |
| | § | |
| BROWNSVILLE HOUSING AUTHORITY | § | |
| AND HARLINGEN HOUSING AUTHORITY | § | CAMERON COUNTY, TEXAS |

---

## NOTICE OF FILING NOTICE OF REMOVAL

---

TO THE HONORABLE JUDGE OF THIS COURT:

Please take notice that the Defendants in this action have, pursuant to federal law, filed with the clerk of the United States Court for the Southern District of Texas, Brownsville Division, a Notice of Removal, a copy of which is attached and filed with this document, and that this action is removed to the United States District Court for a trial as of today, February 27, 2002. This Court is respectfully requested to proceed no further in this action, unless and until such time as the action may be remanded by order of the United States District Court.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas   78520
Telephone:  (956) 542-5666
Telecopier:  (956) 542-0016

By: _____
Ricardo Morado
State Bar No. 14417250
Federal I.D.No.: 1213

ATTORNEY FOR HARLINGEN
HOUSING AUTHORITY and
BROWNSVILLE HOUSING AUTHORITY

Notice of Filing Notice of Removal
usr2/tinau/plead/22725.removal.ntc.

Page 1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice of Filing Notice of Removal has been forwarded to all counsel of record by certified mail, return receipt requested, to-wit:

Mr. William F. Kimball                                    *CMRRR*
LAW OFFICES OF WILLIAM F. KIMBALL
312 East Van Buren
Harlingen, Texas 78551

on this 27th day of February, 2002.

Ricardo Morado