3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RANCHO del CIELO ASSOCIATES, LTD., ET AL | § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-39 |
| BROWNSVILLE HOUSING AUTHORITY AND HARLINGEN HOUSING AUTHORITY | § § § | JURY |

## LIST OF FINANCIALLY INTERESTED ENTITIES

TO THE HONORABLE JUDGE OF SAID COURT:

The BROWNSVILLE HOUSING AUTHORITY and the HARLINGEN HOUSING AUTHORITY submit the following list of financially interested entities, in accordance with this Court's Order. To the best of Defendants' knowledge and belief, the following entities are financially interested in this litigation:

- Rancho del Cielo Associates, Ltd.
- Rancho del Cielo Associates II, Ltd.
- Valley Resaca Palms, L.P.
- Harlingen Sundance Apartments, L.P.
- Paseo Plaza Apartments, L.P.
- Brownsville Housing Authority
- Harlingen Housing Authority

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
956/542-5666 (Telephone)
956/542-0016 (Telecopier)

By: _____
RICARDO MORADO
State Bar No.: 14417250
Federal I.D. No.: 1213

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing List of Financially Interested Entities has been forwarded to the following:

Mr. William F. Kimball                                                                  **_CMRRR_**
LAW OFFICES OF WILLIAM F. KIMBALL
312 East Van Buren
Harlingen, Texas 78551

on this the ____4th____ day of March, 2002.

_____
Ricardo Morado

**List of Financially Interested Entities** - Page 2
usr2/tinau/federal/22725.List.Fin.Int.