4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RANCHO del CIELO ASSOCIATES, LTD., ET AL | § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-39 JURY |
| BROWNSVILLE HOUSING AUTHORITY AND HARLINGEN HOUSING AUTHORITY | § § | |

## DEFENDANTS' ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the HARLINGEN HOUSING AUTHORITY and the BROWNSVILLE HOUSING AUTHORITY and submit this Original Answer to Plaintiffs' Application for Temporary Injunction and Plaintiffs' Original Petition for Declaratory Judgment and for Damages (hereinafter referred to as "the Complaint") and for such would respectfully show as follows.

1. Defendants neither admit nor deny the allegations contained in section 1 of the Complaint.

2. Defendants neither admit nor deny the allegations contained in section 2 of the Complaint.

3. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in section 3 of the Complaint.

4. Defendants admit the allegations contained in section 4 of the Complaint.

5. Defendants admit the allegations contained in section 5 of the Complaint.

6. Defendants admit that venue is proper in Cameron County, Texas and that Defendants are political subdivisions operating within Cameron County, Texas. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remainder of the

averments contained in section 6 of the Complaint.

7. Defendants deny the allegations contained in section 7 of the Complaint.

8. Defendants admit that they adopted revised utility allowances in 2001 and that federal law restricts the amount of rent charged to low income tenants. Defendants further admit that the utility allowances were increased substantially in 2001. Defendants deny all remaining allegations in section 8 of the Complaint.

9. Defendants deny the allegations contained in section 9 of the Complaint.

10. Defendants deny the allegations contained in section 10 of the Complaint.

11. Defendants deny the allegations contained in section 11 of the Complaint.

12. Defendants deny the allegations contained in section 12 of the Complaint.

13. Defendants deny the allegations contained in section 13 of the Complaint.

WHEREFORE, PREMISES CONSIDERED Defendants pray that Plaintiffs' Application for Temporary Injunction and Plaintiffs' Original Petition for Declaratory Judgment and for Damages be dismissed at Plaintiffs' cost; and for such other and further relief to which Defendants may be entitled, either at law or in equity.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
956/542-5666 (Telephone)
956/542-0016 (Telecopier)

By: _____
RICARDO MORADO
State Bar No.: 14417250
Federal I.D. No.: 1213

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Defendants' Original Answer has been forwarded to the following:

Mr. William F. Kimball  **CMRRR**
LAW OFFICES OF WILLIAM F. KIMBALL
312 East Van Buren
Harlingen, Texas 78551

on this the 5th day of March, 2002.

_____
Ricardo Morado