5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RANCHO del CIELO ASSOCIATES,<br>LTD., ET AL | § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-39<br>JURY |
| BROWNSVILLE HOUSING AUTHORITY<br>AND HARLINGEN HOUSING AUTHORITY | § § | |

### DEFENDANTS' JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

The BROWNSVILLE HOUSING AUTHORITY and HARLINGEN HOUSING AUTHORITY, Defendants make this their Jury Demand in the above-styled and numbered cause.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 (FAX)
Attorneys for Defendant,

By _____
Ricardo Morado
Texas State Bar #14417250
Federal #1213

ATTORNEYS FOR THE DEFENDANTS

Defendants' Jury Demand
moro/linos/federal/22725.jurydemand

Page 1

## CERTIFICATE OF SERVICE

I Ricardo Morado, the undersigned, hereby certify that a true and correct copy of the foregoing Defendants' Jury Demand has been mailed to:

Mr. William F. Kimball          **_CMRRR_**
LAW OFFICES OF WILLIAM F. KIMBALL
312 East Van Buren
Harlingen, Texas 78551

on this 5th day of March, 2002.

                                       Ricardo Morado