IN THE UNITED STATES DISCTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 20 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RANCHO del CIELO ASSOCIATES, Ltd., ET AL. | § § § § § § § § § | |
| VS. | | CASE NO. B-02-039 |
| BROWNSVILLE HOUSING AUTHORITY AND HARLINGEN HOUSING AUTHORITY | | |

ORDER SETTING PRELIMINARY INJUNCTION HEARING

IT IS HEREBY ORDERED THAT a hearing on Plaintiffs' Motion for Preliminary Injunction is hereby set for the 21st day of March, 2002, at 9:00 O'clock, A .m., before the United States District Court in Brownsville, Texas.

Done at Brownsville, Texas on this 19th day of March, 2002.

_____
UNITED STATES DISTRICT JUDGE