| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
ENTERED

MAR 20 2002

Michael N. Milby, Clerk
By Deputy Clerk

RANCHO del CIELO ASSOCIATES, §
LTD., et al §
§
versus §   CIVIL ACTION B: 02-39
§
§
§
BROWNSVILLE HOUSING AUTHORITY §
AND HARLINGEN HOUSING AUTHORITY §

## Order Resetting Hearing

Be advised that the hearing on Plaintiff's motion for Preliminary Injunction is hereby reset, by agreement of counsel, to **_March 27, 2002 at 3:00 p.m._**

Signed _March 20_, 2002, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge