# Civil Courtroom Minutes

| | | | | |
|---|---|---|---|---|
| JUDGE | Hilda G. Tagle | | | |
| CASE MANAGER | Stella Cavazos | | | |
| LAW CLERK | ■ Roberts | Lehrman | | |
| DATE | 03 | 27 | 02 | |
| TIME | 9:00 a.m. | | 9:15 a.m. | |
| CIVIL ACTION | B | 02 | 39 | |
| STYLE | Rancho De Cielo Associates *versus* Brownsville Housing Authority | | | |

United States District Court
Southern District of Texas
FILED
MAR 27 2002
Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■ Preliminary Injunction Hearing;        (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):    William F. Kimball

Attorney(s) for Defendant(s):   Ricardo Morado

Attorney Kimball announced that the parties were actively engaged in settlement negotiations and expect a settlement within twenty-one days. He stated his clients, low-income housing unit owners, brought suit after the Brownsville Housing Authority ("BHA") raised utility rates based on a study of those rates. He states that these higher rates made it difficult for his clients to make a profit. Mr. Kimball states that the BHA has just completed a new study of the utility rates and the results are likely to be beneficial for his clients.

Attorney Morado agreed with Mr. Kimball's statement of the situation, noting that it is BHA's position that the original study was fine, but that circumstances have changed (utility costs are lower), leading to a better rate situation for Mr. Kimball's clients.

The Judge gave the parties until April 17 (21 days) to report to the Court any results of the settlement negotiations.