*10*

**THE LAW OFFICE OF**

# WILLIAM F. KIMBALL
**312 EAST VAN BUREN AVENUE**
**HARLINGEN, TEXAS 78550**
**Telephone (956) 425-2000**
**Facsimile (956) 421-4258**

United States District Court
Southern District of Texas
~~RECEIVED~~ *Filed*
MAY 3 2002
Michael N. Milby, Clerk

WILLIAM F. KIMBALL, ESQ.

E-mail: wfkattorney@yahoo.com

May 3, 2002

Ms. Estella Cavazos
*Court Coordinator for*
*Judge Hilda Tagle*
Brownsville, TX 78520

*Via Fax: (956) 574-7416*

> **RE:** *Civil Action B: 02-39; Rancho del Cielo Associates, Ltd., et al vs. Brownsville Housing Authority and Harlingen Housing Authority; In the United States District Court fo rthe Southern District of Texas*

Dear Ms. Cavazos:

Pursuant to our telephone conversation of Thursday, May 2, 2002, I am writing this letter to report to you the status of the case. I spoke to my client, and I spoke to opposing counsel, Mr. Ricardo Morado, concerning the status of this case and the substance of this report. From the Plaintiff's side, Mr. Mark Musemeche, met with representatives of the Defendants and their Expert, Mr. Nelson Rodriguez, in Fort Worth on May 1, 2002. It was reported to me by Mr. Musemeche that the meeting was quite productive and settlement negotiations were conducted in good faith by all parties. A number of the issues have been agreed upon and there are still calculations concerning some proposals made in the May 1, 2002, meeting that need to be worked upon by the parties.

Mr. Morado has authorized me to write this letter and we would jointly request an additional 30 to 45 days to work out the differences and hopefully, we will be able to submit an Agreed Motion of Dismissal before the end of that period.

If you have any further questions, please do not hesitate to call either myself or Mr. Morado.

Yours very truly,

William Kimball

WK/edit
C:\General\Bvl\brn housing .rr edit

Enclosure

cc:    Mr. Mark Musemeche (*via fax: 713-522-9775*)
      Mr. Ricardo Morado (*via fax: 956-542-0016*)