*11*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
**ENTERED**

**MAY 15 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| Rancho De Cielo Associates, Ltd., et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. B-02-39 |
| Brownsville Housing Authority, et al., | § § § | |
| Defendants. | § § | |

## ORDER

BE IT REMEMBERED that on May 15, 2002, the Court considered the Parties joint request for additional time to conduct settlement negotiations.  The Court hereby **GRANTS** the Parties an additional thirty days from today's date to conduct settlement negotiations.

DONE at Brownsville, Texas this 15th day of May, 2002.

_____
Hilda G. Tagle
United States District Judge