/2-

**LAW OFFICES OF WILLIAM F. KIMBALL**
312 E. Van Buren
Harlingen, Tx 78550
Tel. (956) 425-2000
Fax (956) 412-4258

United States District Court
Southern District of Texas
FILED

JUN 17 2002

Michael N. Milby
Clerk of Court

June 17, 2002

Judge Hilda G. Tagle
UNITED STATES DISTRICT COURT           Fax Only (956) 548-2598
600 E. Harrison
Brownsville, Texas 78520

    Re:   **STATUS REPORT for Case No. B-02-039, <u>Rancho del Cielo Associates, Ltd. et. al. v. Brownsville Housing Authority and Harlingen Housing Authority</u>, In the United States District Court for the Southern District of Texas, Brownsville Division**

Dear Judge Tagle:

You asked that a status report be given by June 15, 2002 on this case. The following is a status report.

The parties have reached a tentative settlement of all issues in this case conditioned upon the adoption of certain energy efficiency guidelines by the Defendant housing authorities. Upon receipt of proof that the guidelines have been adopted, the Plaintiffs intend to execute settlement and dismissal documents. Plaintiffs expect to submit dismissal documents within the next 30 days.

If you have any questions, do not hesitate to contact me.

Sincerely,

William Kimball

/wfk
Enclosures

cc: Mr. Ricardo Morado  via fax only (956) 542-0016