IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **Rancho De Cielo Associates, Ltd., et al.,** | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. B-02-39 |
| **Brownsville Housing Authority, et al.,** | § § § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED that on July 11, 2002, the Court reminds the Parties that in the Status Report [Dkt. No. 12] dated June 17, 2002, the Parties indicated that any settlement and dismissal documents would be filed within 30 days. The Court having received no such documents from the Parties **ORDERS** to file any such documents, if any exist, no later than 5:00 p.m. on Friday, July 12, 2002. If the Parties are unable to comply with this Order they must appear at the status conference scheduled for 1:45 p.m. on Monday, July 15, 2002. If the Parties comply with this Order, however, the conference will be cancelled.

DONE at Brownsville, Texas this 11th day of July, 2002.

Hilda G. Tagle
United States District Judge