United States District Court
Southern District of Texas
FILED

JUL 12 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RANCHO del CIELO ASSOCIATES, LTD., ET AL | § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-39 JURY |
| BROWNSVILLE HOUSING AUTHORITY AND HARLINGEN HOUSING AUTHORITY | § § § | |

## AGREED MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs, RANCHO DEL CIELO, LTD., RANCHO DEL CIELO ASSOCIATES II, LTD., VALLEY RESACA PALMS, L.P., HARLINGEN SUNDANCE APARTMENTS, L.P., and PASEO PLAZA APARTMENTS, L.P., and Defendants THE BROWNSVILLE HOUSING AUTHORITY and THE HARLINGEN HOUSING AUTHORITY, inform the Court that all matters at issue between Plaintiffs and said Defendants have been settled.

The parties request that the Court dismiss this cause of action, with prejudice, with the costs of court to be borne by the party incurring the same.

Respectfully submitted,

LAW OFFICE OF WILLIAM F. KIMBALL
312 E. Van Buren
Harlingen, Texas 78550
Telephone: (956) 425-2000
Telecopier: (956) 412-4258

*Attorney for Plaintiffs*

By:_____
William F. Kimball
State Bar No. 00798031
Fed Bar No. 6159

ROERIG, OLIVEIRA, & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Telecopier: (956) 542-0016

Counsel for Defendants

By: _____
Ricardo Morado
State Bar #14417250
Fed. Bar #1213

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the foregoing *Agreed Motion to Dismiss* has been served upon counsel of record by ~~Certified Mail, Return Receipt Requested~~, on this *12* day of June, 2002, to wit:  hand delivery

Mr. Ricardo Morado
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Rd., Suite 9
Brownsville, Texas 78520

_____
William F. Kimball