IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 15 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RANCHO del CIELO ASSOCIATES, LTD., ET AL | § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-39 |
| BROWNSVILLE HOUSING AUTHORITY AND HARLINGEN HOUSING AUTHORITY | § § § | JURY |

## ORDER OF DISMISSAL

On the 15 day of July, 2002, came on for consideration the Parties' Agreed Motion to Dismiss, and it appearing to the Court that all matters in controversy between Plaintiffs RANCHO DEL CIELO, LTD., RANCHO DEL CIELO ASSOCIATES II, LTD., VALLEY RESACA PALMS, L.P., HARLINGEN SUNDANCE APARTMENTS, L.P., and PASEO PLAZA APARTMENTS, L.P., and Defendants, THE BROWNSVILLE HOUSING AUTHORITY and THE HARLINGEN HOUSING AUTHORITY have compromised and settled, and no further dispute exists between them, the Court finds that said cause and all claims, actions, and causes of action asserted by Plaintiffs against Defendants in said cause should be dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED by the Court that all claims, actions and causes of action asserted by Plaintiffs against Defendants in this cause be, and they are hereby dismissed with prejudice as to Plaintiffs' right to refile the same.

IT IS FURTHER ORDERED, ADJUDGED and DECREED by the Court that costs of court be borne by the party incurring the same.

DONE this 15 day of July, 2002.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED
AS TO FORM AND SUBSTANCE:

**LAW OFFICES OF WILLIAM F. KIMBALL**
312 E. Van Buren
Harlingen, Texas 78550

*Attorney for Plaintiffs*

By: /s/ William Kimball
WILLIAM F. KIMBALL
State Bar #11418700
Fed. Bar # 6159

**ROERIG, OLIVEIRA, & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Telecopier: (956) 542-0016

*Attorneys for Defendants*

By: /s/ Ricardo Morado
Ricardo Morado
State Bar #14417250
Fed Bar #1213

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RANCHO del CIELO ASSOCIATES, LTD., ET AL § § § | |
| VS. § § | CIVIL ACTION NO. B-02-39 JURY |
| BROWNSVILLE HOUSING AUTHORITY AND HARLINGEN HOUSING AUTHORITY § § § | |

## ORDER OF DISMISSAL

On the ____ day of _____, 2002, came on for consideration the Parties' Agreed Motion to Dismiss, and it appearing to the Court that all matters in controversy between Plaintiffs RANCHO DEL CIELO, LTD., RANCHO DEL CIELO ASSOCIATES II, LTD., VALLEY RESACA PALMS, L.P., HARLINGEN SUNDANCE APARTMENTS, L.P., and PASEO PLAZA APARTMENTS, L.P., and Defendants, THE BROWNSVILLE HOUSING AUTHORITY and THE HARLINGEN HOUSING AUTHORITY have compromised and settled, and no further dispute exists between them, the Court finds that said cause and all claims, actions, and causes of action asserted by Plaintiffs against Defendants in said cause should be dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED by the Court that all claims, actions and causes of action asserted by Plaintiffs against Defendants in this cause be, and they are hereby dismissed with prejudice as to Plaintiffs' right to refile the same.

IT IS FURTHER ORDERED, ADJUDGED and DECREED by the Court that costs of court be borne by the party incurring the same.

DONE this _____ day of _____, 2002.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED
AS TO FORM AND SUBSTANCE:

**LAW OFFICES OF WILLIAM F. KIMBALL**
312 E. Van Buren
Harlingen, Texas 78550

*Attorney for Plaintiffs*

By: /s/ William Kimball
WILLIAM F. KIMBALL
State Bar #11418700
Fed. Bar # 6159


**ROERIG, OLIVEIRA, & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Telecopier: (956) 542-0016

*Attorneys for Defendants*

By: /s/ Ricardo Morado
Ricardo Morado
State Bar #14417250
Fed Bar #1213